T.C. Memo. 2010-27

UNITED STATES TAX COURT

JAMES L. AND BARBARA B. PURDY, Petitioners v.
COMMISSIONER OF INTERNAL REVENUE, Respondent

Docket No. 26679-08.                    Filed February 17, 2010.

This opinion was withdrawn by order dated March 2,
2010.